IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRANDON T. SHOWELL, | : |
| Plaintiff, | : |
| v. | : Civ. No. 21-025-LPS |
| GOVERNOR JOHN CARNEY, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington, this 16th day of August, 2021, consistent with the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. The Amended Complaint is DISMISSED for failure to state claims upon which relief may be granted and based upon immunity from suit pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (iii) and § 1915A(b)(1) and (2).

2. Defendants Governor John Carney and the Delaware Department of Correction are DISMISSED.

3. Plaintiff is given leave to amend the medical needs claim against Centurion on or before September 17, 2021. Should Plaintiff fail to timely file a second amended complaint, the Clerk of Court will be directed to close the case.

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE